# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2022-0213, <u>Allan Lewis v. Christine Hogan & a.</u>, the court on November 29, 2022, issued the following order:**

The court treats the plaintiff's "objection to the appellee's memorandum" as the plaintiff's reply brief. The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The plaintiff, Allan Lewis, appeals an order of the Superior Court (<u>Howard</u>, J.) granting the motion of the defendants, Christine Hogan and The Hynes Group, to dismiss his complaint as barred by the doctrine of res judicata, and as failing to state a claim for malicious prosecution. The court concludes that, as the appealing party, the plaintiff has not established reversible error. <u>See</u> <u>Sup. Ct. R.</u> 25(8); <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). The plaintiff's September 22, 2022 request for oral argument before a three-judge panel, his September 29, 2022 request that this court issue warrants for the defendants' arrests or order another entity to issue such warrants, and his November 2, 2022 request to amend his brief are denied.

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**